# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    NO. 4:23-cr-00210-JM-01

XAVIER HENSON                                                                          DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order (Doc. No. 36) filed on January 15, 2025, is hereby corrected to reflect a special penalty assessment in the amount of $100 on Count 1 and $100 on Count 2, for a total special penalty in the amount of $200.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 16th day of January, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE